*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HOLIFIELD, CRISFIELD, and LAWRENCE
Appellate Military Judges

———————————————

**UNITED STATES**
Appellee

**v.**

**Misael ROMAN-MORALES**
Culinary Specialist Third Class (E-4), U.S. Navy
Appellant

**No. 202000049**

Decided: 23 September 2020

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Ryan J. Stormer (arraignment)
Colleen M. Glasser-Allen (trial)

Sentence adjudged 24 October 2019 by a general court-martial convened at Washington Navy Yard, District of Columbia, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: confinement for 24 years,[1] reduction to E-1, total forfeitures, and a dishonorable discharge.

For Appellant:
*Lieutenant Commander R. Andrew Austria, JAGC, USN*

———————————————

[1] The convening authority suspended confinement in excess of 19 years pursuant to a pretrial agreement.

Opinion of the Court

For Appellee:
*Brian K. Keller, Esq.*

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

---

[2] Uniform Code of Military Justice arts. 59, 66, 10 U.S.C. §§ 859, 866.